AO 91 (Rev. 11/11)  Criminal Complaint

**LODGED**
CLERK, U.S. DISTRICT COURT

06/10/2021

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ AP _____ DEPUTY

# UNITED STATES DISTRICT COURT
### for the
Central District of California

**FILED**
CLERK, U.S. DISTRICT COURT

JUN 11 2021

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ DTS _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) |
| ADOLFO SANCHEZ-RODRIGUEZ, | ) Case No.  5:21-mj-00418 |
| | ) |
| | ) |
| | ) |
| | ) |
| _____  *Defendant(s)* | ) |

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____April 23, 201_____ in the county of _____San Bernardino_____ in the _____Central_____ District of _____California_____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. §§ 1326(a), and (b)(2) | Alien Found in the United States Following Deportation |

This criminal complaint is based on these facts:

Please see attached affidavit.

☑ Continued on the attached sheet.

_____
/s/ pursuant to Fed. R. Crim. P. 4.1
*Complainant's signature*

_____
Deportation Officer Elias Valdez
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date:  _____June 11, 2021_____

_____
*Judge's signature*

City and state:  _____Riverside, CA_____

Hon. Kenly Kiya Kato, U.S. Magistrate Judge
*Printed name and title*

*AUSA:*  Ruben D. Escalante x6212

**AFFIDAVIT**

I, Elias Valdez, being duly sworn, declare and state as follows:

**I.  PURPOSE OF AFFIDAVIT**

1.   This affidavit is made in support of a criminal complaint charging ADOLFO SANCHEZ-RODRIGUEZ ("SANCHEZ-RODRIGUEZ"), also known as "Adolfo Lopez-Torres," "Adolfo Rodriguez-Sanchez," "Aldolfo Lopez," "Aldolfo Rodriguez," "Rodolfo Rodriguez," and "Adolfo Solis-Rodriguez," with violations of Title 8, United States Code, Sections 1326(a) and (b)(2) (Illegal Alien Found in United States After Deportation or Removal).

2.   The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from various law enforcement personnel and witnesses.  This affidavit is intended to merely show that there is sufficient probable cause for the requested criminal complaint and does not purport to set forth all of my knowledge of or investigation into this matter.  Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only.

**II. BACKGROUND**

3.   I am a Deportation Officer ("DO") with the United States Department of Homeland Security ("DHS"), U.S. Immigration and Customs Enforcement ("ICE"), and I have been so employed since May 2011.  I am currently assigned to the San Bernardino Office of Enforcement and Removal Operations.  I have experience

reviewing immigration files, removal proceedings and executed final orders of removal.

### III. <u>STATEMENT OF PROBABLE CAUSE</u>

4.    On or about April 23, 2021, SANCHEZ-RODRIGUEZ was arrested and fingerprinted by the San Bernardino Police Department, in San Bernardino County, California, which resulted in a match in the FBI database.  SANCHEZ-RODRIGUEZ was charged with violations of California Vehicle Code sections 23152 (Driving Under the Influence of Alcohol/Drugs) and 23152(b) (Driving Under the Influence of Alcohol with .08 Percent or More in Blood).  SANCHEZ-RODRIGUEZ is currently at large.  On April 23, 2021, DHS, ICE, Pacific Enforcement Response Center ("PERC") was notified that SANCHEZ-RODRIGUEZ was present in the United States and identified as a previously deported criminal alien. This notification was based on computerized biometric analysis of SANCHEZ-RODRIGUEZ's fingerprints taken by the San Bernardino Police Department and maintained in the FBI database.  On April 26, 2021, I learned of this information when I conducted a review of the PERC database.

5.    Based on my training and experience, I know DHS maintains Alien Registration Files ("A-Files") which contain immigration records for aliens admitted to or found within the United States.  Based on my experience reviewing A-Files, I know that they contain photographs, fingerprints, court records, and records of deportations or removals relating to the alien for whom DHS maintains the A-File.

6.     On May 6, 2021, I reviewed the DHS A-File Number A027-435-882, which is maintained for the subject alien "Adolfo Sanchez-Rodriguez."   The A-File contained the following documents and information:

a.     The fingerprints of the alien "Adolfo Sanchez-Rodriguez" as well FBI Number 699444JA8, which is associated with the alien and the fingerprints in the A-file.

b.     Removal Orders showing that SANCHEZ-RODRIGUEZ was ordered removed from the United States to Mexico on June 18, 1997.

c.     Executed I-205 Warrants of Removal/Deportation showing that SANCHEZ-RODRIGUEZ was officially removed and deported from the United States on June 18, 1997, November 6, 2003, and June 11, 2015.   I know from my training and experience that an I-205 Warrant of Removal/Deportation is executed each time a subject alien is removed and deported from the United States by ICE (and its predecessor agency, INS) and usually contains the subject's photograph, signature, and fingerprint. The executed I-205 Warrants of Removal/Deportation in SANCHEZ-RODRIGUEZ's DHS A-File Number A027-435-882 contain his photograph, signature, and fingerprint, with the exception of the June 18, 1997, I-205 Warrant of Removal/Deportation, which does not contain his photograph.

d.     A certified copy of conviction record, from the Superior Court of the State of California for the County of San Diego, Case Number SCD108983, showing that SANCHEZ-RODRIGUEZ was convicted on or about March 19, 1996, for Selling Non-Narcotic

Controlled Substances, in violation of California Health & Safety Code Section 11379, for which SANCHEZ-RODRIGUEZ was sentenced to two years' imprisonment.

     e.   A copy of a Judgment and Probation/Commitment Order, from the United States District Court, Central District of California, case number CR 12-550-R, showing that SANCHEZ-RODRIGUEZ was convicted on or about December 3, 2012, for Manufacture of Marijuana in violation of 21 U.S.C. 841(a)(1), (b)(1)(A)(vii), for which SANCHEZ-RODRIGUEZ was sentenced to forty-one months' imprisonment.

     f.   Various documents, indicating that SANCHEZ-RODRIGUEZ is a native and citizen of Mexico.  These documents include the Record of Sworn Statement in Proceedings under Section 241(a)(5) of the Immigration and Nationality Act, dated March 10, 2015; and Order of the Immigration Judge, dated June 18, 1997, ordering SANCHEZ-RODRIGUEZ removed to Mexico.

     7.   On May 6, 2021, I reviewed the printouts of the Criminal Identification Index ("CII").  Based on my training and experience, I know that the CII databases track and record arrests and convictions of individuals according to an individual's CII number.  The CII printouts confirmed that SANCHEZ-RODRIGUEZ had been convicted of the crimes reflected in the documents contained in the DHS A-File Number A027-435-882 described above.

     8.   On May 6, 2021, I reviewed the printouts of ICE computer indices on SANCHEZ-RODRIGUEZ.  Based on my training and experience, I know that the ICE computer indices track and

document each time an alien is deported from the United States by ICE or is granted permission to enter or re-enter the United States.  The ICE computer indices confirmed that SANCHEZ-RODRIGUEZ had been deported on the dates indicated on the Warrants of Removal/Deportation in the DHS A-File Number A027-435-882.  The ICE computer indices further indicated that SANCHEZ-RODRIGUEZ had not applied for or obtained permission from the Attorney General or her designated successor, the Secretary of Homeland Security, to re-enter the United States legally since SANCHEZ-RODRIGUEZ had last been deported.

9.    Based on my review of SANCHEZ-RODRIGUEZ's DHS A-File Number A027-435-882, I have determined that his A-File does not contain any record of him ever applying for, or receiving permission from, the Attorney General or her designated successor, the Secretary of Homeland Security, to legally re-enter the United States.  Based on my training and experience, I know that such documentation is required to re-enter the United States legally after deportation, and that if such documentation existed, it would ordinarily be found in the DHS A-File.

///

///

///

## IV. <u>CONCLUSION</u>

10.   Based on the foregoing, I submit that there is probable cause to believe that SANCHEZ-RODRIGUEZ has violated Title 8, United States Code, Sections 1326(a) and (b)(2) (Illegal Alien Found in United States After Deportation or Removal).


Attested to by the applicant in
accordance with the requirements
of Fed. R. Crim. P. 4.1. by
telephone on this 11th day of June
2021.

_____
HONORABLE KENLY KIYA KATO
UNITED STATES MAGISTRATE JUDGE